UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
                                                    :
UNITED STATES OF AMERICA,         :        14 Cr. 553 (LGS)
                                                    :        [PROPOSED]
            v.                                  :        JUDICIAL RECOMMENDATIONS
                                                    :        TO THE BUREAU OF PRISONS
                                                    :
COREY SPIVEY,                             :
                                                    :
                        Defendant.        :
------------------------------------------------------x

LORNA G. SCHOFIELD, District Judge,

    WHEREAS, on April 19, 2013, defendant Corey Spivey (the "Defendant") was arrested by the New York City Police Department and remanded by a state court judge. On May 16, 2013, a New York grand jury sitting in Bronx County returned an eight-count indictment charging Defendant with multiple offenses arising from his alleged sexual assault of a minor and his contacts with another minor on the internet.

    WHEREAS, on August 20, 2014, a grand jury sitting in this district returned a six-count indictment charging Defendant with four counts of producing child pornography, one count of receiving and distributing child pornography, and one count of possessing child pornography, in violation of 18 U.S.C. §§ 2251(a), (e) and 2, § 2252A(a)(2)(A), (a)(2)(B) and 2 and § 2252A(a)(5)(B) and (b)(2) (the "Federal Indictment").

    WHEREAS, on October 15, 2014, Defendant was transferred from state custody into federal custody on a *writ of habeas corpus ad prosequendum* pending the adjudication of the federal charges.

1

WHEREAS, on September 20, 2016, Defendant pleaded guilty to Counts One and Five of the Federal Indictment, charging production of child pornography and receipt and distribution of child pornography.

WHEREAS, on May 16, 2017, Defendant was sentenced principally to a custodial term of 276 months' imprisonment on Count One, and 240 months' imprisonment on Count Five to run concurrently.  The Court recommended that the Bureau of Prisons ("BOP") designate Defendant to FMC Devens, USP Marion, or one of the seven correctional facilities that can provide medical treatment for Defendant's medical condition.

WHEREAS, the Judgment of Conviction entered in this District (Dkt. No. 6) was silent as to whether the federal sentence should run consecutive to or concurrently with the sentence anticipated to be imposed by the state court.

WHEREAS, on May 23, 2017, Defendant was transferred back to state custody where he pleaded guilty to the commission of a criminal sexual act in the first degree, in violation of New York Penal Law § 130.50(4).  On December 19, 2017, Defendant was sentenced in the state principally to a custodial term of twenty years' imprisonment to run concurrently with his federal sentence.

WHEREAS, on July 17, 2025, Defendant filed a letter application asking, *inter alia*, that the Court issue an amended judgment directing that the defendant's federal sentence run concurrently with his state sentence *nunc pro tunc*, or alternatively issue a formal recommendation to the BOP to designate retroactively his state correctional facilities as the places of confinement for him to serve his federal sentence, which would have the effect of running his state and federal sentences concurrently without the need for an amended judgment. (Dkt. No. 27.)

WHEREAS, on July 29, 2025, the Government filed a response opposing the issuance of an amended judgment but consenting to Defendant's alternative request for a formal judicial recommendation that the BOP retroactively designate Defendant's state correctional facility as the place of confinement for the service of his federal sentence. (Dkt. No. 28.)

WHEREAS, on August 11, 2025, the Court ordered that based on its review of the procedural history of this case, including the Presentence Investigation Report; the transcript from the May 16, 2017, sentencing hearing; the federal Judgment of Conviction, dated May 16, 2017; and the parties' respective letter briefs on this issue, the Court issued an ORDER that "Defendant's application for the issuance of an amended judgment is DENIED and his alternative application for a judicial recommendation to the BOP is GRANTED." (Dkt. No. 29).

ACCORDINGLY, the Court hereby makes the following Formal Recommendations to the BOP:

1. The Court recommends that the BOP designate the state correctional facilities where the Defendant is and has been incarcerated as the place for service of his federal sentence, *nunc pro tunc* to the date of his federal sentencing, May 16, 2017, pursuant to 18 U.S.C. § 3621(b) and BOP Program Statement 5160.05, and

2. The Court further recommends, pursuant to 18 U.S.C. § 3585(b)(1) and BOP Program Statement 5880.28, that the Bureau of Prisons credit the time the Defendant spent in federal custody on the *writ of habeas corpus ad*

*prosequendum* – from October 15, 2014 through May 15, 2017 – towards service of his federal sentence.

Dated: August 22, 2025
      New York, New York

                                                   LORNA G. SCHOFIELD
                                          UNITED STATES DISTRICT JUDGE